MARKEL CLEANING AND DYEING WORKS, INCORPORATED, Appellant, v. WILLIAM KLEINBERG and HARRY ORDAN, Respondents, and ISADORE RUTKIN, Defendant.— Judgment affirmed, with costs. All concur. (The judgment is for defendants in an action on promissory notes.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

ROBERT L. REIDY, Appellant, v. CITY OF SYRACUSE and Others, Respondents.— Order affirmed, without costs on this appeal to either party. Memorandum: A provision of the Election Law requires the common council of the city of Syracuse, among others, to state its reasons for not designating as a polling place in an election district a school or other public building when such building is located within the boundaries of such election district. We hold that this provision of the statute is directory and that failure to comply therewith in the ordinance adopted by the city council of the city of Syracuse on August 17, 1937, designating polling places in such city does not invalidate the ordinance or any part thereof. Therefore, the plaintiff is not entitled to restrain acts necessary to make the ordinance effective. All concur, Sears, P. J., not voting. (The order denies a motion for a temporary injunction.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ. [164 Misc. 656.]

In the Matter of the Application of ANTONIO D'ANNA, Appellant, for a Peremptory Mandamus Order against Hon. HENRY J. KIMBALL, Judge of the County Court of Jefferson County, State of New York, Respondent.— Order of affirmance entered May 28, 1937 [251 App. Div. 796], amended by adding that the affirmance is upon the law and not in the exercise of discretion and motion for leave to appeal to the Court of Appeals denied, without costs. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

In the Matter of the Application of GEORGE R. MCALLISTER, Respondent, for a Mandamus Order against CHARLES A. HARNETT, Commissioner of Motor Vehicles of the State of New York, Appellant, and FRANK J. KORB, SR., and FRANK J. KORB, JR., Defendants.— Motion for a reargument denied, with ten dollars costs. Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.

In the Matter of the Petition of the ROCHESTER BAR ASSOCIATION.— Order of reference entered. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Taylor, JJ.

## (October 7, 1937.)

WALLACE M. BULLOCK and Others, as Trustees of the Trusteed Assets of the Cherry Creek National Bank, Cherry Creek, New York, Respondents, v. EVA M. EVERHART and HAROLD EVERHART, Appellants.— Judgment affirmed, with costs. All concur, Taylor, J., not voting. (The judgment cancels a deed in an action to set aside a deed in fraud of creditors.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN RECHICHI, Appellant.— Motion for a reargument denied. Present — Sears, P. J., Edgcomb, Crosby and Lewis, JJ.